1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  service@mission.legal

5  Attorneys for Plaintiff
   Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JOSE TRUJILLO,

        Plaintiff,

   vs.

LOS CAMPEROS, INC. dba BUY N SAVE MARKET, et al.,

        Defendants.

No. 1:17-cv-00367-LJO-BAM

**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER**

Plaintiff Jose Trujillo ("Plaintiff"), and Defendants, Los Camperos, Inc. dba Buy N Save Market and Munoz Brothers, LLC ("Defendants," and together with Plaintiff, "the Parties"), by and through their counsel, hereby stipulate as follows:

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for June 14, 2017 (Dkt. 4);

**WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees and Court resources;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for June 14, 2017 to a date at the Court's convenience on or after July 14, 2017.

Dated: June 5, 2017                              MISSION LAW FIRM, A.P.C.


                                                 */s/ Zachary M. Best*
                                                 Zachary M. Best
                                                 Attorneys for Plaintiff,
                                                 Jose Trujillo

Dated: June 5, 2017                              LITTLER MENDELSON, P.C.


                                                 */s/ Jose Macias, Jr.*
                                                 Jose Macias, Jr.
                                                 Attorneys for Defendants,
                                                 Los Camperos, Inc. dba Buy N Save
                                                 Market and Munoz Brothers, LLC

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for June 14, 2017 is continued to **August 9, 2017 at 9:00 a.m.** in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **June 7, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE